UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID K. HUTCHESON,

    Plaintiff,                                 No. 13-10720

v.                                               District Judge David M. Lawson
                                                 Magistrate Judge R. Steven Whalen

DELTA FINANCIAL CREDIT
UNION, ET AL.,

    Defendants.
_____/

## ORDER GRANTING ENLARGEMENT OF TIME

Plaintiff's Motion for Enlargement of Time [Doc. #19] is GRANTED. Plaintiff shall file his response to Defendants' Motion to Dismiss [Doc. #18] on or before SEPTEMBER 10, 2013.

IT IS SO ORDERED.

Dated: July 10, 2013                  s/ R. Steven Whalen
                                          R. STEVEN WHALEN
                                          UNITED STATES MAGISTRATE JUDGE

I hereby certify that a copy of the foregoing document was sent to parties of record on July 10, 2013, electronically and/or by U.S. Mail.

                                             s/Michael Williams
                                             Relief Case Manager for the
                                             Honorable R. Steven Whalen